UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Julio Victor LLANOS Plaintiff,

vs.

INDY MAC BANK    Defendant.

CASE NO. CV 08 0533 MJJ

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Julio V. LLANOS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 41,736.00    Net: 30,004.00

Employer: SYNERGY COMPANIES

MOUNTAIN MIKE PIZZA

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -


1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2. Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7       a.     Business, Profession or                      Yes ___ No ✓

8              self employment?

9       b.     Income from stocks, bonds,               Yes ___ No ✓

10             or royalties?

11      c.     Rent payments?                              Yes ✓ No ___

12      d.     Pensions, annuities, or                      Yes ___ No ✓

13             life insurance payments?

14      e.     Federal or State welfare payments,       Yes ___ No ✓

15             Social Security or other govern-

16             ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19  $16,500.00 a year

20  _____

21 3. Are you married?                                 Yes ___ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.      a.     List amount you contribute to your spouse's support:$ _____

27      b.     List the persons other than your spouse who are dependent upon you for support

28             and indicate how much you contribute toward their support. (NOTE: For minor

1       children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4  5.    Do you own or are you buying a home?    Yes ✓ No ___

5 Estimated Market Value: $ 459,000.00  Amount of Mortgage: $ 4,714.39

6  6.    Do you own an automobile?    Yes ___ No ___

7 Make HONDA CIVIC / TOYOTA   Year 1993 / 1997   Model LX / RAV4

8 Is it financed? Yes ___ No ✓ If so, Total due: $ _____

9 Monthly Payment: $ _____

10  7.    Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

11 Name(s) and address(es) of bank: BANK OF AMERICA

12 _____

13 Present balance(s): $ 20.00

14 Do you own any cash? Yes ___ No ✓ Amount: $ _____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)    Yes ___ No ✓

17 _____

18  8.    What are your monthly expenses?

19 Rent: $ _____ Utilities: _____

20 Food: $ _____ Clothing: _____

21 Charge Accounts:

22 <u>Name of Account</u>    <u>Monthly Payment</u>    <u>Total Owed on This Account</u>

23 BANK OF AMERICA - VISA  $ 100.00    $ 3,000.00

24 CHASE - VISA  $ 150.00    $ 3,500.00

25 CHASE - MASTERCARD  $ 60.00    $ 1,200.00

26  9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28     BEST BUY  # 1,100.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1/22/08

DATE                    SIGNATURE OF APPLICANT

- 4 -