IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIO V. LLANOS,

        Plaintiff,

  v.

INDY MAC BANK,

        Defendant.

No. C08-00533 MJJ

**ORDER DENYING IN FORMA PAUPERIS REQUEST**

Before the Court is Plaintiff's application to proceed *in forma pauperis*. A court may authorize a plaintiff to prosecute an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. *See* 28 U.S.C. § 1915(a).

Based on the information Plaintiff submitted, there is not a sufficient basis for the Court to grant Plaintiff's *in forma pauperis* request. Accordingly, Plaintiff's application to proceed without the payment of the filing fee is **DENIED**. Because Plaintiff's application was not completed in full, Plaintiff is granted **leave to amend** his *in forma pauperis* request by submitting his expenses, as requested at page 3, lines 19–20 of the application. Plaintiff shall have **30 days** from the entry of this order to submit an amended *in forma pauperis* application, if any. Failure to do so, or to pay the Court's filing fee, will result in dismissal.

**IT IS SO ORDERED.**

Dated: April 3, 2008

                                                    MARTIN J. JENKINS
                                                    UNITED STATES DISTRICT JUDGE