IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
JULIO VICTOR LLANOS,                     No   C 08-0533 VRW

          Petitioner,                         ORDER

     v

INDY MAC BANK,

          Respondent.
                                    /
```

        On January 24, 2008, Julio Victor Llanos ("Llanos") filed a petition for libel of review of an administrative judgment, Doc #1, and a motion for leave to proceed in forma pauperis, Doc #2. On April 3, 2008, Judge Martin J Jenkins denied the motion with leave to amend because the application to proceed in forma pauperis was not complete. Doc #4. The order stated that this case would be dismissed unless Llanos submitted an amended in forma pauperis application fee or paid the filing fee within thirty days. Doc #4.

        On April 7, 2008, the case was reassigned to the undersigned. Doc #5. Although the deadline for filing an amended in forma pauperis application or paying the filing fee has passed

without action by Llanos, it appears that the April 3 order may never have been mailed to Llanos. Therefore, Llanos is GRANTED LEAVE TO AMEND his in forma pauperis request by submitting his expenses, as requested at page 3, lines 19-20 of the application. Llanos shall submit his amended application on or before June 6, 2008. Failure to do so or to pay the court's filing fee will result in dismissal.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge