UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Julio Llanos,

        Plaintiff,

  v.

Indy Mac Bank,

        Defendant.
_____/

Case Number: C 08-0533   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julio Victor Llanos
651 Templeton Avenue
Daly City, CA 94014-1258

Dated: May 8, 2008

                          Richard W. Wieking, Clerk
                          By: Cora Klein, Deputy Clerk

*Cora Klein* (signature)