IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
JULIO VICTOR LLANOS,                    No   C 08-0533 VRW

          Petitioner,                        ORDER

          v

INDY MAC BANK,

          Respondent.
                                    /
```

        On January 24, 2008, Julio Victor Llanos filed a petition for libel of review of an administrative judgment, Doc #1, and a motion for leave to proceed in forma pauperis, Doc #2.  On April 3, 2008, Judge Martin J Jenkins denied the motion with leave to amend because the application to proceed in forma pauperis was not complete.  Doc #4.  The order stated that this case would be dismissed unless Llanos submitted an amended in forma pauperis application fee or paid the filing fee within thirty days.  Doc #4. On April 7, 2008, this case was reassigned to the undersigned.  Doc #5.

        On May 7, 2008, because it appeared that the April 3

order may not have been mailed to Llanos, the court extended the deadline for filing an amended in forma pauperis application or paying the filing fee to June 6, 2008. Doc #6. Because the deadline for filing an amended in forma pauperis application or paying the filing fee has passed and Llanos has done neither, the above-captioned case is DISMISSED WITHOUT PREJUDICE. The clerk is DIRECTED to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge