UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Llanos,

         Plaintiff,

  v.

Indy Mac Bank,

         Defendant.

                                                                Case Number: C08-0533 VRW

                                                                **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Julio Victor Llanos
651 Templeton Avenue
Daly City, CA 94014-1258

Dated: June 10, 2008

                                              Richard W. Wieking, Clerk
                                              By: Cora Klein, Deputy Clerk